FILED
JUL 2 4 2008
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY __ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08 CR 2367 LAB |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | INFORMATION |
| PAMELA BANKS, | ) | Title 18, U.S.C. § 201(b)(1)(A) - Bribery |
| Defendant. | ) | |

The United States Attorney charges:

From on or about the summer or early fall of 2005 to the spring of 2008, in the Southern District of California, the defendant, Pamela Banks, did, directly and indirectly, corruptly give, offer and promise a thing of value, that is, U.S. currency, to a public official employed by the U.S. Department of the Navy, Space and Naval Warfare Systems Command (SPAWAR), with intent to influence an official act, that is, ensuring that defendant was hired to perform work required under Government contracts, in violation of Title 18, United States Code, Section 201(b)(1)(A).

Dated: 7-16-08

KAREN P. HEWITT
United States Attorney

ROBERT CIAFFA
Assistant United States Attorney