O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_____SOUTHERN_____ DISTRICT OF ___CALIFORNIA___

| UNITED STATES OF AMERICA | |
|---|---|
| V. | WAIVER OF INDICTMENT |
| PAMELA BANKS, | |
| | CASE NUMBER: '08 CR 2367 LAB |

I, __Pamela Banks_____, the above named defendant, who is accused of

Title 18, U.S.C. 201(b)(1)(A) - Bribery

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ____7/24/08____ prosecution by indictment and consent that the pro-
                              Date
ceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
        Judicial Officer

**FILED**
JUL 2 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY