| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | ROBERT CIAFFA |
| | Assistant U.S. Attorney |
| 3 | California State Bar No. 179432 |
| | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-7045/(619) 557-7055 (Fax) |
| | Email: Robert.Ciaffa@usdoj.gov |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR2367-LAB |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE OF APPEARANCE |
| v. | ) | |
| | ) | |
| PAMELA BANKS, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

| Name | Cal. Bar No. | Telephone No. | Email Address |
|---|---|---|---|
| Robert Ciaffa | 179432 | (619) 557-7045 | Robert.Ciaffa@usdoj.gov |

1   Effective this date, <u>the following attorneys are no longer associated with this case</u> and should
2   <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case:
3
4   Please call me if you have any questions about this notice.
5   DATED: August 8, 2008.
6
7                                               Respectfully submitted,
                                                KAREN P. HEWITT
8                                               United States Attorney
9
10                                              s/ Robert Ciaffa
                                                ROBERT CIAFFA
11                                              Assistant United States Attorney
                                                Attorneys for Plaintiff
12                                              United States of America
                                                Email: Robert.Ciaffa@usdoj.gov
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28  Notice of Appearance
    United States v. Pamela Banks              2                           08CR2367-LAB

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 00cr2170-JM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| PAMELA BANKS, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS HEREBY CERTIFIED THAT:

I, ROBERT CIAFFA, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of Government's Notice of Appearance by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

**Marc Geller**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 8, 2008.

                                                   s/ Robert Ciaffa

                                                 ROBERT CIAFFA
                                                 Assistant United States Attorney
                                                 Attorneys for Plaintiff
                                                 United States of America
                                                 Email: Robert.Ciaffa@usdoj.gov